**Motion DENIED.**

This the 17th day of December, 2013.

/s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF N.CAROLINA

FILED
DEC - 2 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

---

KALONJI SKOU EWING,

MOVANT.

v. DKT.#5:09-CR-00151(FL-1)

UNITED STATES OF AMERICA,

RESPONDENT.

---

MOTION UNDER 28 USC §1651

SUPPORTING MEMORANDUM INC.

---

COMES NOW, KALONJI SKOU EWING, Pro'se Movant in the above action hereby respectfully request that this honorable court review and adjudicate the merit of the claims presented herein and grant the proper relief warranted.

Movant asks this court to construe his Pro'se pleading liberally and in his favor as required by the fourth circuit's & Supreme Court's rulings in BAREFOOT v. POLK, 242 FED.APPX. 81,82, (4TH.CIR.2007); also SEE GORDEN v. LEEKE, 574 F.2d 1147,1151, (4TH.CIR.1978); and HAINES v. KERNER, 404 U.S. 519 (1972) - where the court held that Pro'se complaints and pleadings are held to less stringent standards than those drafted by Attorney's.