UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-151-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KALONJI SKOU EWING | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 70 and its accompanying Order, in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Defendant.

This the 8th day of October, 2014.

LOUISE W. FLANAGAN
United States District Judge