United States District Court
For The Eastern District of North Carolina
Eastern Division



> **Motion DENIED.**
>
> This the 29th day of February, 20 16.
>
> /s/Louise W. Flanagan, U.S. District Judge

KALONJI SKOU EWING

PETITIONER

V.

United States of America

RESPONDENT

CASE # 5:09-cr-151-1-FL

PETITIONER"S PRO-SE MOTION

FOR REDUCTION OF SENTENCE

PURSUANT TO 18 3582 (C)(2)

COMES NOW, Kalonji Skou Ewing, ACTING IN A PRO-SE MANNER AND RESPECTFULLY MOVES THE COURT FOR RELIEF IN LIGHT OF UNITED STATES V. Williams, 455 (4th C.R. 2016). IT IS ALSO RESPECTFULLY SUBMITTED THAT IN ASSESSING THE GROUNDS FOR RELIEF PROVIDED HERE WITHIN, THAT THE HONORABLE COURT BE REMINDED OF THE U.S. SUPREME COURT AUTHORITIES THAT WOULD PROTECT A PRO-SE PLEADING