UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-151-FL-1

UNITED STATES OF AMERICA

v.

KALONJI SKOU EWING

ORDER TO SEAL

On motion of the Defendant, Kalonji Skou Ewing, and for good cause shown, it is hereby ORDERED that DE 107 be sealed until further notice by this Court.

IT IS SO ORDERED.

This  10th  day of September, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge