UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-151-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KALONJI SKOU EWING | ORDER TO SEAL |

On motion of the Defendant, Kalonji Skou Ewing, and for good cause shown, it is hereby ORDERED that **DE 100** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 10th day of September, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge